UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Fort Pierce Division

Case Number:  07-14288-CIV-MARTINEZ-LYNCH

JOSEPH EVESKCIGE,

    Plaintiff,

vs.

COMMUNITY CONDOMINIUM SERVICES, INC., a Florida corporation; and JOHN'S ISLAND PROPERTY OWNER'S ASSOCIATION, INC., a Florida corporation,

    Defendants.
_____/

**ORDER ON NOTICE OF SETTLEMENT AND
DENYING ALL PENDING MOTIONS AS MOOT**

This CAUSE came before the Court today upon a telephone communication from Plaintiff's counsel, advising the Court that the parties had reached a settlement in this matter.  It is hereby:

ORDERED AND ADJUDGED as follows:

1) The parties shall file either a Notice of Dismissal (if the Defendants have not served an answer or motion for summary judgment) or a Stipulation of Dismissal (signed by all parties who have appeared in this action), **which must be filed with the Clerk of the Court**, a proposed Order of Dismissal or Final Judgment, and any other documents necessary to conclude this action **on or before April 28, 2008**.

2) If the parties fail to comply with this order, the Court shall dismiss this case without

prejudice without any further warning.

    3) The Clerk is DIRECTED to DENY ALL PENDING MOTIONS AS MOOT.

DONE AND ORDERED in Chambers at Miami, Florida, this 8th day of April, 2008.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Lynch
All Counsel of Record