UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

JOSEPH EVESKCIGE

CASE NO.: 07-14288 CIV MARTINEZ
Magistrate Judge Lynch

    Plaintiff,

v.

COMMUNITY CONDOMINIUM SERVICES,
INC., a Florida corporation; and JOHN'S ISLAND
PROPERTY OWNER'S ASSOCIATION, INC.,
a Florida corporation,

    Defendants.
_____/

## STIPULATION OF DISMISSAL WITH PREJUDICE

An amicable settlement of all matters and things in dispute between the parties hereto having been made, it is hereby

STIPULATED AND AGREED, by and between the respective parties hereto, Plaintiff, JOSEPH EVESKCIGE, and Defendants, COMMUNITY CONDOMINIUM SERVICES, INC. and JOHN'S ISLAND PROPERTY OWNER'S ASSOCIATION, INC., that the above cause may be dismissed with prejudice, all liens and subrogated interests to be paid by the Plaintiff out of the proceeds of the settlement herein.

DATED this 28th day of April, 2008.

JUSTIN C. SOREL, ESQUIRE
Florida Bar No. 0016256
Cole, Scott & Kissane, P.A.
1645 Palm Beach Lakes Blvd.
2nd Floor
West Palm Beach, FL 33401
T: 561.383.9200
F: 561.683.8977
Attorneys for Defendant

Joseph J. Mancini, Esq.
Floridas Bar No. 384526
Yates & Mancini, LLC
311 South Second Street, Suite 102
Fort Pierce, Florida 34950
T: 772-465-7990

Attorneys for Plaintiffs