UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Ft. Pierce Division

Case Number: 07-14288-CIV-MARTINEZ-LYNCH

JOSEPH EVESKCIGE,

    Plaintiff,

vs.

COMMUNITY CONDOMINIUM SERVICES,
INC., a Florida corporation; and JOHN'S
ISLAND PROPERTY OWNER'S
ASSOCIATION, INC., a Florida corporation,

    Defendants.
_____/

### FINAL ORDER OF DISMISSAL WITH PREJUDICE AND ORDER DENYING ALL PENDING MOTIONS AS MOOT

This MATTER is before the Court upon the parties' Stipulation of Dismissal with Prejudice (**D.E. No. 27**), filed on April 28, 2008. The parties advise the Court that they have reached an amicable settlement of their dispute, and that all liens and subrogated interests are to be paid by the Plaintiff out of the proceeds or the settlement. Therefore, it is:

**ADJUDGED** that this action is **DISMISSED with prejudice**. It is also:

**ADJUDGED** that all pending motions in this case are **DENIED as moot**, and this case is **CLOSED**.

DONE AND ORDERED in Chambers at Miami, Florida, this 29 day of April, 2008.

                        JOSE E. MARTINEZ
                        UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Lynch
All Counsel of Record